Sean **MAHER**, Tanya Greene, et al., Plaintiffs,

**Katharine Kennedy, Daniel Waggoner, Anne Keating, Plaintiffs–Appellants Cross–Appellees,**

v.

**AVONDALE ESTATES, Georgia, a municipal corporation, John Parker, in his official capacity as City manager and Police Chief of Avondale Estates, Lyda Steadman, in her official capacity as City Clerk–Treasurer of Avondale Estates, Craig A. Mims, in his official capacity as Code Enforcement Officer of Avondale Estates, Defendants–Appellees Cross–Appellants.**

No. 07–11702

United States Court of Appeals, Eleventh Circuit.

Jan. 23, 2008.

Neil Bradley, ACLU Foundation, Inc., Atlanta, GA, for Katharine Kennedy, Daniel Waggoner and Anne Keating.

Gerald R. Weber, Margaret Fletcher Garrett, ACLU of Georgia, Atlanta, GA, for Anne Keating.

Richard A. Carothers, Carothers & Mitchell, LLC, Buford, GA, for City of Avondale Estates, GA, John Parker, Lyda Steadman, and Craig Mims.

Amy Bryant Cowan, Carothers & Mitchell, LLC, Buford, GA, for Craig Mims.

Before HULL and PRYOR, Circuit Judges, and MOORE *, District Judge.

PER CURIAM:

After review and oral argument, the Court concludes that the parties have not shown any reversible error in the district court's orders dated March 29, 2006 and March 15, 2007. Thus, the Court affirms those orders.

**AFFIRMED.**

* Honorable K. Michael Moore, United States District Judge for the Southern District of Florida, sitting by designation.